

| COBB COUNTY ATTORNEY'S OFFICE | H. William Rowling, Jr. |
|---|---|
| 100 Cherokee Street, Suite 350 | *County Attorney* |
| Marietta, Georgia 30090-7003 | |
| Phone: 770.528.4000  Fax: 770.528.4010 | |

|  |  |
|---|---|
| Debra L. Blair | Laura J. Murphree |
| Lauren S. Bruce | Elizabeth A. Monyak |
| Nancy M. Gallagher | Brian S. Johnson |
| Mark A. Adelman | Kelly J. L. Pridgen |
| Kisa D. Pangburn | David L. Hammock |

July 8, 2022

Courtroom Deputy Clerk
For the Honorable Michael L. Brown
Judge, United States District Court
Richard B. Russell Federal Building
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, Georgia 30303-3309

      RE:   *Jamie Cunningham v. Cobb County, et al.*
              United States District Court, Civil No. 1:22-CV-001349-MLB

Dear Clerk,

    On the following dates, I will be unavailable for court appearances for the purposes of personal travel, a continuing education conference and Board of Governors' State Bar meeting:

- September 1 through and including September 9, 2022;
- October 21 and October 24, 2022;
- December 23 through and including December 30, 2022.

    As lead counsel in the above-captioned matter, I hereby request that the above case not be calendared during these periods of time in my absence.

Sincerely,

*/s/ Laura J. Murphree*

Laura J. Murphree
Senior Associate County Attorney

cc:    Craig T. Jones, Esq.